UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS HEART CENTER, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:12-cv-2151-RLW |
| CAREMARK, L.L.C. | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Motion to Lift Stay and Stipulation to Dismiss Action, the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the previously entered stay in this case (ECF No. 100) is lifted, and the Court accepts the parties' stipulation to dismiss this action as filed with the Court, and this action and all of Plaintiff's claims asserted therein are accordingly dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

No notice needs to be issued to the putative class under Rule 23, because there has been no finding that this action can proceed as a class action, and no class has been certified herein.

The Clerk is directed to and shall CLOSE this case in light of the dismissal and the parties' properly filed Rule 41(a)(1)(A)(ii) Stipulation.

DATED this 18th day of May, 2018.

_Ronnie L. White_
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

4830-3924-9505.2